## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10CR158** |
| vs. | ) | |
| | ) | |
| **SANDRA OLIVIA MEDINA,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on defendant's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [335]. Upon review of the file, the court finds that an extension of approximately 30 days should be granted. Pretrial Motions shall be filed by June 13, 2011.

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [335] is granted. Pretrial motions shall be filed on or before **June 13, 2011.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between May 12, 2011 and June 13, 2011** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 12th day of May, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**