IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       8:10CR158
                                )
      v.                        )
                                )
SANDRA MEDINA,                  )       ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for permission to seal (Filing No. 456) and Filing No. 457, which is sealed.  The Court finds the motion to seal should be granted.  The sealed motion will be denied as moot.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for permission to seal is granted; Filing No. 457 shall remain sealed pending further order of the Court.

2) Filing No. 457 is denied as moot.

DATED this 5th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court