IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| SANDRA OLIVIA MEDINA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for permission to seal (Filing No. 529).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion for permission to seal is granted; Filing Nos. 530, 531 and 532 shall remain sealed pending further order of the Court.

DATED this 6th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court