IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| SANDRA OLIVIA MEDINA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for permission to seal (Filing No. 553), and motion to continue sentencing (Filing No. 554). The Court finds the motion for permission to seal should be granted.

The Court also notes plaintiff has no objection to defendant's motion to continue sentencing. Accordingly,

IT IS ORDERED:

1) Defendant's motion for permission to seal is granted. The motion to continue sentencing shall remain sealed pending further order of the Court.

2) Defendant's motion to continue sentencing is granted; sentencing in this matter is rescheduled for:

**Thursday, January 31, 2013, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court