```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:10CR158
                              )
      v.                      )
                              )
SANDRA OLIVIA MEDINA,         )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for permission to seal (Filing No. 622).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion for permission to seal is granted; the second amended index of evidence shall remain sealed pending further order of the Court.

DATED this 30th day of January, 2013.

                           BY THE COURT:

                           /s/ Lyle E. Strom
                           _____
                           LYLE E. STROM, Senior Judge
                           United States District Court